No. 92–1757. MIDDLEMIST ET AL. *v.* BABBITT, SECRETARY OF THE INTERIOR, ET AL. C. A. 9th Cir. Certiorari before judgment denied.

No. 92–8309. SEVER *v.* IBM CORP. ET AL. C. A. 3d Cir. Certiorari denied. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 91–7358. BRECHT *v.* ABRAHAMSON, SUPERINTENDENT, DODGE CORRECTIONAL INSTITUTION, 507 U. S. 619;

No. 92–1265. SCHWAGER ET UX. *v.* TEXAS COMMERCE BANK, N. A., ET AL., 507 U. S. 1030;

No. 92–1289. OTERO LABORDE *v.* INTERNATIONAL GENERAL ELECTRIC CO. ET AL., 507 U. S. 1030;

No. 92–1405. SASSOWER ET AL. *v.* FIELD ET AL., 507 U. S. 1043;

No. 92–1611. ATRAQCHI ET VIR *v.* UNKNOWN NAMED AGENTS OF THE FEDERAL BUREAU OF INVESTIGATION ET AL., *ante,* p. 913;

No. 92–7507. MUELLER *v.* VIRGINIA, 507 U. S. 1043;

No. 92–7764. MYER *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, 507 U. S. 1038;

No. 92–7817. MALIK *v.* HYDE, WARDEN, ET AL., 507 U. S. 1039;

No. 92–7830. DEFOE *v.* ERICKSON, WARDEN, 507 U. S. 1040;

No. 92–7837. PANDEY *v.* UNITED STATES, 507 U. S. 1023;

No. 92–7871. CAICEDO *v.* UNITED STATES, 507 U. S. 1053; and

No. 92–8135. IN RE FORTE, 507 U. S. 1028. Petitions for rehearing denied.

JUNE 14, 1993

No. 92–155. STATEWIDE REAPPORTIONMENT ADVISORY COMMITTEE ET AL. *v.* THEODORE ET AL.; and

No. 92–219. CAMPBELL, GOVERNOR OF SOUTH CAROLINA *v.* THEODORE ET AL. Appeals from D. C. S. C. Judgment vacated and cases remanded for further consideration in light of the position presented by the Acting Solicitor General in his brief for the United States filed May 7, 1993.